SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>   vs.<br><br>Aaron's Rents, Inc., et al,<br><br>    Defendants. | Case No. **2:11-cv-02674-JAM-DAD**<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

  IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than March 12, 2012.

Date:  2/22/2012

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-02674-JAM-DAD- 1

PDF created with pdfFactory trial version www.pdffactory.com